UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES HOLMAN,<br><br>    Plaintiff,<br><br>v.<br><br>ANTHONY WILLIAMS,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**FILED**

JUN 3 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Civil Action No. 02-1823 (PLF)

ORDER

For the reasons set forth in the Opinion issued this same day, it is hereby

ORDERED that defendant's motion to dismiss [11] is GRANTED in part and DENIED in part; it is

FURTHER ORDERED Counts II, III and V of the complaint are DISMISSED for lack of subject matter jurisdiction; it is

FURTHER ORDERED Counts I and IV of the complaint are DISMISSED as to Defendant Anthony Williams in his individual capacity; it is

FURTHER ORDERED that [20] plaintiff's partial motion for summary judgment is DENIED; it is

FURTHER ORDERED that a status conference in this case is scheduled for July 19, 2006 at 9:15 a.m. Counsel shall file a Joint Report pursuant to Local Civil Rule 16.3 on or before July 12, 2006; and it is

FURTHER ORDERED that [29] plaintiff's motion for a scheduling order is DENIED as moot.

SO ORDERED.

/s/ Paul L. Friedman
PAUL L. FRIEDMAN
United States District Judge

DATE: 6/30/06